UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-02785

**John Doe,**
*Petitioner,*

v.

**Michael Vergara, et al.,**
*Respondents.*

## ORDER

John Doe is a native and citizen of Afghanistan who was detained by Respondents at a location in Pflugerville, Texas. He filed a Petition for Writ of Habeas Corpus on October 1, 2026, challenging his detention and seeking immediate release. ECF No. 1.

On October 14, 2026, Respondents notified the Court that Petitioner was released from custody on October 3, 2026. Because Petitioner is no longer detained, the Court cannot grant the relief he requests, and the petition is moot. *See, e.g.*, *Nieto-Ramirez v. Holder*, 583 F. App'x 330 (5th Cir. 2014) (per curiam) (denying a habeas petition challenging detention as moot after the alien was deported); *Mendoza v. Tate*, No. CV H-26-4249, 2026 WL 2091719 (S.D. Tex. July 20, 2026) (same).

* * *

The petition for writ of habeas corpus, ECF No. 1 is therefore denied. The clerk is directed to close this case.

*So ordered by the Court on October 15, 2026.*

ANDREW DAVIS
United States District Judge